COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# MEMORANDUM ORDER

Appellate case name:        Deandre Daveyon Humphrey v. The State of Texas

Appellate case number:      01-08-00820-CR

Trial court case number:    1102273

Trial court:                208th District Court of Harris County

State's exhibit 1—a CD of the statement of appellant, Deandre Daveyon Humphrey—was admitted into evidence at trial in the above case. This Court orders the Harris County District Clerk, or the court reporter if the exhibit is still in his or her possession, to send the original of State's exhibit —a CD of the statement of appellant, Deandre Daveyon Humphrey. The Clerk of this Court is directed to cooperate with the district clerk and/or court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See* TEX. R. APP P. 34.6(g)(2).

The exhibit is due in this Court no later than September 4, 2012.

It is so ORDERED.

Judge's signature: /s/ Justice Keyes
         ☒ Acting individually                 ☐ Acting for the Court

Date: August 21, 2012